IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TYRONE CASTEEL, ) <br> ) <br> Defendant. ) | Case No. 3:22-cr-00073-SLG-KFR |

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), based on defendant's guilty plea and admission to forfeiture, the Court GRANTS the Motion for Preliminary Order of Forfeiture at Docket 75, and finds as follows:

The following property constitutes any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation thereof, and any and all property used or intended to be used to commit and to promote the commission of the violation of offense of conviction pursuant to 18 U.S.C. §§ 2252A(a)(2) & (b)(1), and therefore defendant's interest, if any, in the following property is subject to forfeiture, pursuant to 18 U.S.C. § 2253, and 28 U.S.C. § 2461(c), including without limitation:

1. **Apple iPad, Model: A1893. Serial: DMPZ63ARJMVT;**
2. **Apple Mac Desktop, Model: A1312, Serial: CO2GD6CDDHIP;**
3. **Lenova Think Pad, Model T560, Serial: R9-OJWBTL;**
4. **Lenova tablet with case TB-X304F, S/N- HAOWCIME;**

5. **Coolmaster Desktop-Computer Tower, Serial No. MCMH100KANNS001194100090;**

6. **Sony 26100 camera serial number 6427026 with micro SD card;**

7. **Samsung cellphone, S/N: RT1B841387K in black case;**

8. **Three thumb drives and three SD cards;**

9. **OWC-Mercury Elite- AL Pro Hard drive with charger, F08080232233;**

10. **USB drive found on desk;**

11. **Black Seagate Hard Drive 5TB, P/N-1K9A YH-500, Serial: NA95D47;**

12. **Western Digital My Passport external hard drive (blue), Serial:WXF1ABOW8814 with case;**

13. **WD Elements hard drive, Serial: WCC7K2ZE7CLD; and**

14. **Black San Disk 2 GB USB thumb drive.**

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The above-listed property is hereby condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 2253, and 28 U.S.C. § 2461(c), and defendant shall forthwith forfeit all right, title and interest, if any, in the above-listed property.

*United States v. Casteel*  3:22-cr-00073-SLG-KFR
Preliminary Order of Forfeiture  Page 2
Case 3:22-cr-00073-SLG-KFR   Document 76   Filed 05/24/24   Page 2 of 4

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the U.S. Marshal and/or the Federal Bureau of Investigation (FBI) is authorized to seize and take possession of the aforementioned property and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property; and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the United States Attorney's Office shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within 60 days from the first publication of notice or 30 days of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture.

*United States v. Casteel*  3:22-cr-00073-SLG-KFR
Preliminary Order of Forfeiture  Page 3
Case 3:22-cr-00073-SLG-KFR   Document 76   Filed 05/24/24   Page 3 of 4

Upon adjudication of all third-party interests, this Court shall enter a final order of forfeiture in which all interests will be addressed.

DATED: May 24, 2024          */s/ Sharon L. Gleason*
                              HON. SHARON GLEASON
                              United States District Judge

*United States v. Casteel*                           3:22-cr-00073-SLG-KFR
Preliminary Order of Forfeiture                                    Page 4
Case 3:22-cr-00073-SLG-KFR   Document 76   Filed 05/24/24   Page 4 of 4